IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CHRISTINE DUCKETT, as Special Administrator of the Estate of JEFFREY DUCKETT, Deceased<br><br>Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY, GE HEALTHCARE, INC., and GE HEALTHCARE BIO-SCIENCES CORP.,<br><br>Defendants. | Civil Action No.: _____<br><br>**JURY TRIAL DEMANDED**<br>FILED: SEPTEMBER 4, 2008<br>08CV5055<br>JUDGE HART<br>MAGISTRATE JUDGE COLE<br>AO |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants General Electric Company, GE Healthcare Inc. (improperly named herein as GE Healthcare, Inc.), and GE Healthcare Bio-Sciences Corp., through their undersigned counsel, certify as follows:

General Electric Company is a publicly held entity. No entity owns more than 10% or more of General Electric Company.

GE Healthcare Inc. is a wholly owned subsidiary of General Electric Company. No other public entity owns 10% or more of GE Healthcare Inc.

GE Healthcare Bio-Sciences Corp. is a wholly-owned subsidiary of General Electric Company. No other public entity owns 10% or more of GE Healthcare Bio-Sciences Corp.

No other corporation, unincorporated association, partnership or other business entity not a party to this case has a financial interest in the outcome of this litigation.

Dated: September 4, 2008

Respectfully Submitted,

/s/ Maja C. Eaton

Maja C. Eaton
Jennifer A. Foster
**Sidley Austin LLP**
One South Dearborn
Chicago, Illinois 60603
(312) 853-7000
meaton@sidley.com

Attorneys for Defendants General Electric Company, GE Healthcare Inc., and GE Healthcare Bio-Sciences Corp.

## **CERTIFICATE OF SERVICE**

I, Jennifer A. Foster, do hereby certify this 4th day of September, 2008, that I have served a true and correct copy of the foregoing, by United States mail, properly addressed and first class postage prepaid, to the following:

James P. Costello
Costello, McMahon & Burke
150 North Wacker Drive
Suite 3050
Chicago, IL 60606

**ATTORNEY FOR PLAINTIFF**

Dorothy Brown, Clerk of the Court
Circuit Court of Cook County
Richard J. Daley Center
50 West Washington Street
Suite 1001
Chicago, IL 60602

**CIRCUIT COURT CLERK, COOK COUNTY, ILLINOIS**

/s/ Jennifer A. Foster

Maja C. Eaton
Jennifer A. Foster
**Sidley Austin LLP**
One South Dearborn
Chicago, Illinois 60603
(312) 853-7000
meaton@sidley.com

Attorneys for Defendants General Electric Company, GE Healthcare Inc., and GE Healthcare Bio-Sciences Corp.