U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 1:08-cv-05055

Christine Duckett, as Special Administrator of the Estate of
Jeffrey Duckett, Deceased,
                            v.
General Electric Company, GE Healthcare, Inc. and
GE Healthcare Bio-Sciences Corp.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Christine Duckett, as Special Administrator of the Estate of
Jeffrey Duckett, Deceased.

| NAME (Type or print) |
| --- |
| James P. Costello, Esq. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ J. P. C. |
| FIRM |
| Costello, McMahon, Burke & Murphy, Ltd. |
| STREET ADDRESS |
| 150 North Wacker Drive, Suite 3050 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 3122807 | 312-541-9700 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐